LAURA E. DUFFY
United States Attorney
KYLE W. HOFFMAN
Assistant U.S. Attorney
State of California Bar No. 176095
880 Front Street, Room 6293
San Diego, CA 92101-8893
Telephone: (619) 546-7651
Email: kyle.hoffman@usdoj.gov

Attorneys for Defendant United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE E. TAYLOR,<br><br>Plaintiff,<br>v.<br><br>UNITED STATES OF AMERICA (originally sued as "HIDTA Program"); CITY OF CHULA VISTA; RALPH PARTRIDGE; and DOES 1 TO 10 Inclusive,<br><br>Defendants. | Case No.: 15-cv-00586-BAS-BLM<br><br>DEFENDANT UNITED STATES OF AMERICA'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT<br><br>DATE: June 29, 2015<br>COURTROOM: 4B (Schwartz)<br>JUDGE: Hon. Cynthia Bashant<br><br>NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT |

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on June 29, 2015, or as soon thereafter as counsel may be heard, in the Courtroom of the Honorable Cynthia Bashant, the United States of America, through its attorneys of record, Laura E. Duffy, United States Attorney, and Kyle W. Hoffman, Assistant United States Attorney, will bring on its Motion to Dismiss Plaintiff's Complaint, pursuant to 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.

This motion is based upon the accompanying memorandum of points and authorities and Declaration of Kyle W. Hoffman, and the files and records of this case.

DATED: May 28, 2015

LAURA E. DUFFY
United States Attorney

/s/ Kyle W. Hoffman

KYLE W. HOFFMAN
Assistant U.S. Attorney

Attorneys for Defendant
United States of America