UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE E. TAYLOR,<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA (originally sued as "HIDTA Program"); CITY OF CHULA VISTA; RALPH PARTRIDGE; and DOES 1 TO 10 Inclusive,<br>Defendants. | Case No.: 15CV0586 BAS (BLM)<br><br>**Certificate of Service** |

I, Mary C. Wiggins, declare as follows:

I am a citizen of the United States over the age of eighteen years and a resident of San Diego County, California; my business address is 880 Front Street, Room 6293, San Diego, California; I am not a party to the above-entitled action. I have caused service on this day:

**DEFENDANT UNTIED STATES OF AMERICA'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

On all parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

M. Richardson Lynn, Jr.
mrlynnjr@aol.com
Attorney for Plaintiff

Phillip L. Kossy
kossy@procopio.com
Attorney for Defendant City of Chula Vista

Daniel Francisco De La Cruz
ddelacruz@sheppardmullin.com
Attorney for Californians for Drug Free Youth

Additionally, copies of the documents identified above were placed in the U.S. Mail to the following persons:

Penelope M. Deihl
Douglas H. Hoang
MORRIS POLICH & PURDY, LLP
1055 West Seventh Street, Suite 2400
Los Angeles, CA 90017
Attorneys for Defendant Partridge

Glen R. Googins, City Attorney
Bart C. Miesfeld, Sr., Assistant City Attorney
OFFICE OF THE CITY ATTORNEY
CITY OF CHULA VISTA
276 Fourth Avenue
Chula Vista, CA 91910
Attorneys for Defendant City of Chula Vista

Executed on May 28, 2015

Mary C. Wiggins
Mary C. Wiggins